**Order entered March 13, 2020**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-19-00934-CR

### CHRISTOPHER JUSTIN SCARBOROUGH, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 199th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 199-82799-2019**

### ORDER

The reporter's record, **originally due September 21, 2019,** is overdue. On February 5, 2020, we ordered court reporter LaToya Young Martinez not to sit until the reporter's record was filed. Although Ms. Young Martinez told the Clerk of this Court by telephone she had the record completed, to date, the reporter's record has still not been filed.

This appeal cannot proceed without the reporter's record. Therefore, we **ORDER** the trial court to conduct a hearing no later than **March 27, 2020**, at

which Ms. Young Martinez is present, to determine (1) why the reporter's record has not been filed, (2) the date it will be filed, and (3) what steps need to be taken to ensure the record is filed by that date.

The trial court shall make its findings concerning the reporter's record in writing. The findings shall be filed in a supplemental clerk's record no later than **March 30, 2020**. A supplemental reporter's record of the hearing shall also be filed no later than **March 30, 2020**.

Our order that Ms. Young Martinez not sit as a reporter until she has filed the record remains in effect.

We **DIRECT** the Clerk of the Court to send a copy of this order to the Honorable Angela Tucker, Presiding Judge, 199th Judicial District Court; Lynne Finley, Collin County District Clerk; Ms. LaToya Young Martinez, court reporter; LaTresta Ginyard, official court reporter, 199th Judicial District Court; the Collin County Auditor; and counsel for all parties.

We **ABATE** the appeal to allow the trial court an opportunity to conduct the hearing. The appeal will be reinstated when the supplemental records containing the trial court's findings are filed or when the Court deems it appropriate to do so.

/s/    ROBERT D. BURNS, III
CHIEF JUSTICE